1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 18-01886-AB (Ex)

Gregory Salvato

Plaintiff,

ORDER DISMISSING CIVIL ACTION

v.

Rosen and Associates, P.C. et al

Defendants.

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 15, 2018

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE